NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STACY WHEELER,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

**ASHLEY B. WHEELER,**
*Defendant*

---

2026-1351

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00133-TMD, Judge Thompson M. Dietz.

---

**O R D E R**

Upon consideration of Appellant US's letter withdrawing their appeal, ECF No. 14, and no objection being filed,

IT IS ORDERED THAT:

(1) The notice of appeal is withdrawn.

(2) Each side shall bear their own costs.

FOR THE COURT



APRIL 28, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE**: April 28, 2026